CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Executive Counsel for Program Litigation 1
Law & Policy
Social Security Administration
RYAN T. LU, Oregon State Bar No. 105902
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2034
Facsimile: (206) 615-2531
Email: Ryan.Lu@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL JOHN VALLELUNGA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 3:26-cv-05593-LJC<br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Social Security Appeals Council will instruct the Administrative Law Judge to further evaluate the prior administrative findings from Karen Ying, M.D., and continue the sequential evaluation process; offer Plaintiff the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

Respectfully submitted,

Dated: October 30, 2026

*/s/ Francesco P. Benavides*
(*as authorized via email on October 29, 2026)
FRANCESCO P. BENAVIDES
Attorney for Plaintiff

Dated: October 30, 2026

CRAIG H. MISSAKIAN
United States Attorney

By: */s/ Ryan Lu*
RYAN LU
Special Assistant U.S. Attorney

Attorneys for Defendant

Pursuant to Section 5-1(h) of the Civil Local Rules of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained authorization from Francesco P. Benavides to affix their electronic signature to this document.

*/s/ Ryan Lu*
RYAN LU
Special Assistant U.S. Attorney

ORDER AND JUDGMENT

Pursuant to stipulation, IT IS SO ORDERED AND ADJUDGED.

Dated: November 3, 2026

THE HON. LISA J. CISNEROS
United States Magistrate Judge