UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL JOHN VALLELUNGA,
Plaintiff,

v.

SSA COMMISSIONER,
Defendant.

Case No. 26-cv-05593-LJC

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 20

**( ) Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court**. This action came to before the Court for submission on a stipulated order for remand. The issues have been presented and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff.

Dated: November 3, 2026

Mark Busby, Clerk

Brittany Sims
Deputy Clerk

United States District Court
Northern District of California